SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 24-11961MB

☒ FILED   ☐ LODGED

**Dec 30 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/17/24 | 12/20/24 12:00pm | Nikhat Sayed |

**INVENTORY MADE IN THE PRESENCE OF**
Special Agent Joshua Arndt

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

One white Apple iphone
One blue OnePlus Android

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 12/30/24

_____
Executing Officer's Signature

CarolAnne Dowling, Special Agent
Printed Name and Title